Troy D. Monge, Esq.
Law Offices of Martin Taller, APC
2300 E. Katella Ave, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Delia Guerra

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA GUERRA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　Defendant. | No. 5:20-cv-01738-PD<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS** |

　　　Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

　　　IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of TWO THOUSAND SIX HUNDRED TWENTY-SEVEN DOLLARS and NINETY-EIGHT CENTS ($2,627.98), and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED DOLLARS ($400.00), as authorized

/ / /

/ / /

/ / /

1

by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: June 24, 2021


_____
THE HONORABLE PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE